DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENDALL ROWE,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT** and
**MYESHA MULLIGAN,**
Appellees.

No. 4D19-2020

[April 9, 2020]

Appeal from the State of Florida, Department of Revenue, Child Support Enforcement, L.T. Case Nos. CSE #2001404864 and DEP. #50190700367CA.

Kendall Rowe, Greenacres, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Child Support Enforcement, Tallahassee, for appellee Department of Revenue.

PER CURIAM.

*Affirmed.*

GROSS, MAY and GERBER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***